NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
tfriedman@toddflaw.com

ATTORNEY(S) FOR: Plaintiff, TERRI ALVES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TERRI ALVES, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

CAPITAL ALLIANCE GROUP, and DOES 1 through 10, inclusive, and each of them,

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _TERRI ALVES_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| TERRI ALVES | PLAINTIFF |
| CAPITAL ALLIANCE GROUP | DEFENDANT |

February 27, 2017
Date

s/Todd M. Friedman
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, TERRI ALVES