**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ─────────────────────────────x<br>TERRI ALVES, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>CAPITAL ALLIANCE GROUP, and DOES 1 through 10, inclusive, and each of them,<br><br>            Defendants.<br>─────────────────────────────x | Civil Action No.:<br>2:17-CV-01585-MWF-AFM<br><br>**DEFENDANTS' INITIAL DISCLOSURE PURSUANT TO RULE 26(a)(1)(A-D)** |

      Pursuant to *Federal Rule of Civil Procedure* 26(a)(1) and the joint SCHEDULING ORDER, Defendant, CAPITAL ALLIANCE GROUP, INC. hereinafter referred to as Defendant, through their undersigned counsel, makes the following initial disclosures to the plaintiff in the above-referenced lawsuit. These disclosures are based on information presently known and reasonably available to the Defendant and which Defendant reasonably believes it may use in support of its claims and defenses. Continuing investigation and discovery may cause the Defendant to amend these initial disclosures, including by identifying other potential witnesses, documents and by disclosing other pertinent information. Defendant therefore reserves the right to supplement these initial disclosures.

      By providing these initial disclosures, Defendant does not represent that it is identifying every document, tangible thing or witness possibly relevant to this action. In addition, this Defendant's initial disclosure is made without the benefit of discovery. Defendant reserves the right to amend its disclosures to add additional witnesses.

1.   **WITNESS**

   a.   NARIN CHARANVATTANAKIT, Defendant, President, Capital Alliance Group, Inc. and Capital Alliance Partners, LLC, 1950 E 17th St - 3rd Fl, Santa Ana, CA 92705; (888) 909-6891.

   Information includes: full knowledge of dispute and marketing operations of CAG.

2.   **DOCUMENTS AND THINGS**

   a.   Documents maintained by CAG, which show that it did not utilize telephone number ending in X-7446 which plaintiff has erroneously determined to be associated with CAG;

   b.   Documents maintained by CAG, which show that it did not utilize any outside vendor which may have used the telephone number ending in X-7446 which plaintiff has erroneously determined to be associated with CAG;

   c.   Documents maintained by CAG, specifically call logs, which show no calls to the telephone number complained of ending in X-7441.

   d.   Documents maintained by the CAG, including operational records and marketing records;

   e.   Documents maintained by CAG relative to marketing efforts;

   f.   Documents maintained by CAG relative to phone systems onsite;

Defendant is currently unaware of any other documents in their possession, custody and control relating to facts alleged in Plaintiffs' Complaint and subsequent revelation of the complained of initiating telephone number and the number to which the alleged violations were made. Discovery

and investigations are ongoing. Defendant reserves the right to identify additional documents as it is discovered.

3. **DAMAGES**

Defendant denies liability for damages and will seek recovery of damages from the plaintiffs in this lawsuit for recovery of costs and attorney fees. Defendant will present evidence of its court costs and attorney fees after the claims against it have been denied or dismissed.

4. **LIABILITY INSURANCE**

No insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment is known to exist.

Date:   Redlands, California
        22nd day of June, 2017.

                                        HOMAN & STONE

                                BY:    /s/ Gene S. Stone
                                       Gene S. Stone, Esq.
                                       *Attorneys for Defendant*
                                       *Capital Alliance Group*
                                       Email: gstone@homan-stone.com
                                       12 North Fifth Street
                                       Redlands, California 92373
                                       Telephone: (909) 307-9380
                                       Facsimile: (909) 793-0210

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 22nd day of June, 2017.  Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/EFC System.


Dated:        Redlands, California
              June 22, 2017

                                                    /s/ Gene S. Stone
                                                    Gene S. Stone, Esq.