JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRI ALVES,** individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>**CAPITAL ALLIANCE GROUP, and DOES 1 through 10, inclusive, and each of them.**<br><br>  Defendant. | Case No. 2:17-CV-01585-MWF-AFM<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class. Each party shall bear their own costs and expenses.

Dated this 4th day of January, 2018

_____
The Honorable Michael W. Fitzgerald

Order to Dismiss - 1